1  **DALE A. BLICKENSTAFF** - #40681
   Attorney at Law
2  2350 W. Shaw Ave, Suite 132
   Fresno, California 93711
3  (559) 432-0986 Telephone
   (559) 432-4871 Facsimile
4

5  Attorney for Defendant, ESTHER WALKER

6

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, ) **Case No. 1:11-MJ-00165 SMS**
                                )
12 |                Plaintiff,   ) **STIPULATION AND ORDER FOR**
                                ) **CONTINUANCE OF PRELIMINARY**
13 | v.                          ) **HEARING**
                                )
14 | ESTHER WALKER,              )
                                )
15 |                Defendant.   )
   | _____ )
16

17

18     IT IS HEREBY STIPULATED by and between Benjamin B. Wagner, United States Attorney

19 and Kimberly A. Sanchez, Assistant U.S. Attorney and Dale Blickenstaff, attorney for Esther Walker,

20 that the preliminary hearing set for September 30, 2011 at 1:30 p.m. be continued to October 7, 2011

21 at 1:30 p.m.  The parties have been engaged in further investigation that may result in a disposition

22 of the matter negating the need for a preliminary hearing, but need additional time to complete that

23 investigation.  Thus, the parties agree that pursuant to F.R.Crim.P. 5.1(d), the 14 day time limitation

24 set forth in F.R.Crim.P. 5.1(c) will be extended to permit scheduling of the preliminary hearing on

25 October 7, 2011, which takes into account the public interest in prompt disposition of the case.

26 / / /

27 / / /

28 / / /

**STIPULATION AND ORDER FOR CONTINUANCE OF PRELIMINARY HEARING**
**Case No. 1:11-MJ-00165 SMS**

For the reasons set forth above, the parties respectfully request that the preliminary hearing scheduled for September 30, 2011, be moved to October 7, 2011 at 1:30 p.m.

Dated: September 22, 2011                                      Respectfully submitted,

                                                               BENJAMIN B. WAGNER
                                                               United States Attorney


                                                               By   /s/ Kimberly A. Sanchez
                                                               KIMBERLY A. SANCHEZ
                                                               Assistant U.S. Attorney

Dated: September 22, 2011                                      By   /s/ Dale Blickenstaff
                                                               DALE BLICKENSTAFF
                                                               Attorney for Esther Walker


**ORDER**

IT IS SO ORDERED.

**Dated:   September 27, 2011**                        /s/ Sheila K. Oberto
                                                       UNITED STATES MAGISTRATE JUDGE