1  BENJAMIN B. WAGNER
   United States Attorney
2  KIMBERLY A. SANCHEZ
   Assistant U.S. Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559)497-4000

5

6

7

8                IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      )  CASE NO. 1:11-MJ-00165 SMS
                                   )
12                  Plaintiff,     )  STIPULATION AND
                                   )  ORDER FOR CONTINUANCE OF
13  v.                             )  PRELIMINARY HEARING
                                   )
14  ESTHER WALKER,                 )
                                   )
15                  Defendant.     )
                                   )
16  ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ )

17       IT IS HEREBY STIPULATED by and between Benjamin B. Wagner,
18  United States Attorney and Kimberly A. Sanchez, Assistant U.S.
19  Attorney and Dale Blickenstaff, attorney for Esther Walker, that the
20  preliminary hearing set for October 7, 2011 at 1:30 p.m. be continued
21  to November 18, 2011 at 1:30 p.m.  The parties have been engaged in
22  further investigation that may result in a disposition of the matter
23  negating the need for a preliminary hearing, but need additional time
24  to complete that investigation.  Thus, the parties  agree that
25  pursuant to F.R.Crim.P. 5.1(d), the 14 day time limitation set forth
26  in F.R.Crim.P. 5.1(c) will be extended to permit scheduling of the
27  preliminary hearing on November 18, 2011 which takes into account the
28  public interest in prompt disposition of the case.

                                     1

For the reasons set forth above, the parties respectfully request that the preliminary hearing scheduled for October 7, 2011 be moved to November 18, 2011 at 1:30 p.m.

```
Dated: October 6, 2011            Respectfully submitted,

                                  BENJAMIN B. WAGNER
                                  United States Attorney


                            By    /s/ Kimberly A. Sanchez
                                  KIMBERLY A. SANCHEZ
                                  Assistant U.S. Attorney

Dated: October 6, 2011            /s/ Dale Blickenstaff
                                  DALE BLICKENSTAFF
                                  Attorney for Esther Walker
```

IT IS SO ORDERED.

**Dated:   October 6, 2011**                    **/s/ Dennis L. Beck**
                                                UNITED STATES MAGISTRATE JUDGE