**DALE A. BLICKENSTAFF** - #40681
Attorney at Law
2350 W. Shaw Ave, Suite 132
Fresno, California 93711
(559) 432-0986 Telephone
(559) 432-4871 Facsimile


Attorney for Defendant, ESTHER WALKER


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:11-MJ-00165 SMS |
| Plaintiff, ) | STIPULATION AND ORDER FOR CONTINUANCE OF PRELIMINARY HEARING |
| v. ) | |
| ESTHER WALKER, ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED by and between Benjamin B. Wagner, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Dale Blickenstaff, attorney for Esther Walker, that the preliminary hearing set for December 2, 2011 at 1:30 p.m. be continued to January 6, 2012 at 1:30 p.m.  The parties have been engaged in further investigation that may result in a disposition of the matter negating the need for a preliminary hearing, but need additional time to complete that investigation.  Thus, the parties agree that pursuant to F.R.Crim.P. 5.1(d), the 14 day time limitation set forth in F.R.Crim.P. 5.1(c) will be extended to permit scheduling of the preliminary hearing on January 6, 2012, which takes into account the public interest in prompt disposition of the case.

/ / /

/ / /

/ / /

**STIPULATION AND ORDER FOR CONTINUANCE OF PRELIMINARY HEARING**
**Case No. 1:11-MJ-00165 SMS**

For the reasons set forth above, the parties respectfully request that the preliminary hearing scheduled for December 2, 2011, be moved to January 6, 2012 at 1:30 p.m.

Dated: November 29, 2011    Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

By   /s/ Kimberly A. Sanchez
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney

Dated: November 29, 2011    By   /s/ Dale Blickenstaff
DALE BLICKENSTAFF
Attorney for Esther Walker

**ORDER**

IT IS SO ORDERED.

**Dated:   November 30, 2011**            /s/ Sheila K. Oberto
UNITED STATES MAGISTRATE JUDGE