1  BENJAMIN B. WAGNER
   United States Attorney
2  KIMBERLY A. SANCHEZ
   Assistant U.S. Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559)497-4000

5

6

7

8               IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,    )  CASE NO. 1:11-MJ-00165 SMS
                                 )
12              Plaintiff,       )  AMENDED STIPULATION AND ORDER
                                 )  FOR CONTINUANCE OF PRELIMINARY
13  v.                           )  HEARING
                                 )
14  ESTHER WALKER,               )
                                 )
15              Defendant.       )
                                 )
16  _____ )

17      IT IS HEREBY STIPULATED by and between Benjamin B. Wagner,
18 United States Attorney and Kimberly A. Sanchez, Assistant U.S.
19 Attorney and Dale Blickenstaff, attorney for Esther Walker, that the
20 preliminary hearing set for January 6, 2012 at 1:30 p.m. be continued
21 to January 27, 2012 at 1:30 p.m.  The parties continue to engage in
22 further discussions and investigation and believe that they will
23 reach a disposition of the matter negating the need for a preliminary
24 hearing, but need additional time to complete that process and
25 investigation.  Thus, the parties  agree that pursuant to F.R.Crim.P.
26 5.1(d), the 14 day time limitation set forth in F.R.Crim.P. 5.1(c)
27 will be extended to permit scheduling of the preliminary hearing on
28 / / /

                                    1

January 27, 2012 which takes into account the public interest in prompt disposition of the case.

 For the reasons set forth above, the parties respectfully request that the preliminary hearing scheduled for January 6, 2012 be moved to January 27, 2012 at 1:30 p.m.

Dated: January 3, 2012      Respectfully submitted,

               BENJAMIN B. WAGNER
               United States Attorney

            By   /s/ Kimberly A. Sanchez
               KIMBERLY A. SANCHEZ
               Assistant U.S. Attorney

Dated: January 3, 2012      /s/ Dale Blickenstaff
               DALE BLICKENSTAFF
               Attorney for Esther Walker

<u>ORDER</u>

 Pursuant to the parties' stipulation, the continuance is granted as set forth above. A preliminary hearing is set for Friday, January 27, 2012 at 1:30 p.m. in Courtroom 9 before Magistrate Judge Dennis L. Beck.

 **IT IS SO ORDERED.**

 **Dated:  January 3, 2012**        **/s/ Gary S. Austin**
                 UNITED STATES MAGISTRATE JUDGE