# United States District Court
## EASTERN DISTRICT OF CALIFORNIA



FILED
JAN 2 6 2012
CLERK, U.S. [DISTRICT COURT]
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

|  |  |
|---|---|
| United States of America<br>vs.<br>Esther Maria Walker | Case No. 1:11MJ00165 SMS |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, __Esther Maria Walker__, have discussed with __Montgomery L. Olson__, Pretrial Services Officer, modifications of my release conditions as follows:

The conditions requiring the defendant to refrain from any use of alcohol and to submit to alcohol testing are removed, and replaced with a condition that the defendant not use alcohol to excess..

All other conditions not in conflict with this order shall remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  January 26, 2012    _____  1-26-12
Signature of Defendant      Date              Pretrial Services Officer  Date

I have reviewed the conditions and concur that this modification is appropriate.

_____                       1-26-12
Signature of Assistant United States Attorney  Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                       1/26/12
Signature of Defense Counsel                  Date

### ORDER OF THE COURT

☒ The above modification of conditions of release is ordered, to be effective on __1/26/12__.
☐ The above modification of conditions of release is *not* ordered.

_____                       1/26/12
Signature of Judicial Officer                 Date

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services