```
1  BENJAMIN B. WAGNER
   United States Attorney
2  KIMBERLY A. SANCHEZ
   Assistant U.S. Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559)497-4000
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 1:11-MJ-00165 SMS |
| ) Plaintiff, ) | STIPULATION AND ORDER FOR CONTINUANCE OF |
| v. ) | PRELIMINARY HEARING |
| ESTHER WALKER, ) | |
| ) Defendant. ) | |
| _____) | |

   IT IS HEREBY STIPULATED by and between Benjamin B. Wagner, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Dale Blickenstaff, attorney for Esther Walker, that the preliminary hearing set for February 17, 2012, at 1:30 p.m. be continued to March 23, 2012, at 1:30 p.m.  The parties realize that this preliminary hearing has been continued seven (7) times previously.  However, the parties have been actively engaged in further investigation and negotiations, and had anticipated a disposition of the matter on February 17, 2012 pursuant to an agreement the parties had reached.  Moreover, this case involves a significant number of complexities.  An alternative disposition was considered by the parties as of yesterday, that being deferred

1

prosecution.  The government contacted pretrial services and learned that the necessary investigation to determine the defendant's suitability for such a disposition would take approximately 1 month.  In order to have time to then finalize the deferred prosecution agreement should the pretrial services officer determine that the defendant is a suitable candidate, an additional two weeks is requested.  Thus, the parties agree that pursuant to F.R.Crim.P. 5.1(d), the 14 day time limitation set forth in F.R.Crim.P. 5.1(c) will be extended to permit scheduling of the preliminary hearing on March 23, 2012, which takes into account the public interest in prompt disposition of the case.

For the reasons set forth above, the parties respectfully request that the preliminary hearing scheduled for February 17, 2012, be moved to March 23, 2012, at 1:30 p.m.

Dated: February 15, 2012             Respectfully submitted,

                                     BENJAMIN B. WAGNER
                                     United States Attorney

                                 By  /s/ Kimberly A. Sanchez
                                     KIMBERLY A. SANCHEZ
                                     Assistant U.S. Attorney

Dated: February 15, 2012             /s/ Dale Blickenstaff
                                     DALE BLICKENSTAFF
                                     Attorney for Esther Walker

ORDER

IT IS SO ORDERED.

**Dated:   February 15, 2012**           /s/ Sheila K. Oberto
                                         UNITED STATES MAGISTRATE JUDGE